Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Attorneys for Defendants
CONN'S, INC. and CONN APPLIANCES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONN'S, INC. and CONN APPLIANCES, INC.,<br><br>Defendants. | Case No. 2:18-cv-01998-APG-PAL<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT (First Request)**<br><br>Complaint filed: October 17, 2018 |

Defendants Conn's, Inc. and Conn Appliances, Inc. (collectively "Defendants"), by and through their counsel of record, and Plaintiff Francine Edwards ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Defendants to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on October 17, 2018. Defendants were served with the complaint on December 3, 2018. Defendants' current deadline to respond to Plaintiff's complaint is December 24, 2018. Plaintiff and Defendants stipulate and agree that Defendants shall have until January 23, 2019 to file their responsive pleading.

This is Defendants' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Defendants

additional time to evaluate and respond to Plaintiff's claims, and to account for pre-planned time off for the upcoming holidays.

**IT IS SO STIPULATED.**

DATED this 17th day of December 2018.　　NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants*
*CONN'S, INC. and CONN APPLIANCES, INC.*

DATED this 17th day of December 2018.　　LAW OFFICES OF NICHOLAS M.PORRAS, P.A.

By: */s/ W. Craft Hughes*
Nicholas M. Porras (NBN 12849)
nick@porraslegal.com
201 West Liberty Street, Ste. 207
Reno, NV 89501

HUGHES ELLZEY, LLP

W. Craft Hughes
Jarrett L. Ellzey
2700 Post Oak Blvd., Ste. 1120
Houston, TX 77056

BOSS LAW, PLLC

Christopher W. Boss
9887 4th Street North, Ste. 202
St. Petersburg, FL 33702

*Attorneys for Plaintiff Francine Edwards and the Putative Class*

**IT IS SO ORDERED.**

Dated this 21st day of December 2018.

UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000