# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS, | Case No.: 2:18-cv-01998-APG-GWF |
| Plaintiff | **Order Notifying Attorney General of Constitutional Question** |
| v. | |
| CONN'S, INC., et al., | |
| Defendants | |

A motion in this case involves a constitutional challenge to a federal statute, specifically the Telephone Consumer Protection Act. I hereby certify to the Attorney General of the United States that the constitutionality of the Telephone Consumer Protection Act has been called into question in this case. *See* 28 U.S.C. § 2403(a), Fed. R. Civ. P. 5.1(b). The Attorney General has 60 days from the date of this Order to intervene in this action, if it chooses to do so. Fed. R. Civ. P. 5.1(c).

IT IS THEREFORE ORDERED that the Clerk of Court shall mail a copy of this Order to the Attorney General, via certified mail, return receipt requested, at each of the following addresses:

    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC, 20530

    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, DC, 20530

DATED this 26th day of February, 2019.

                                                 ANDREW P. GORDON
                                               UNITED STATES DISTRICT JUDGE