NICHOLAS M. PORRAS (Nevada Bar No. 12849)
nick@porraslegal.com
LAW OFFICES OF NICHOLAS M. PORRAS, P.A.
201 West Liberty Street, Ste. 207
Reno, NV 89501
Tel: (775) 525-9246
Fax: (888) 688-4975

W. CRAFT HUGHES (*Pro Hac Vice*)
craft@hughesellzey.com
JARRETT L. ELLZEY (*Pro Hac Vice*)
jarrett@hughesellzey.com
HUGHES ELLZEY, LLP
2700 Post Oak Blvd., Ste. 1120
Houston, TX 77056
Tel: (713) 322-6387

CHRISTOPHER W. BOSS (*Pro Hac Vice*)
cp@bosslegal.com
BOSS LAW, PLLC
9887 4th Street North, Ste. 202
St. Petersburg, FL 33702
Tel: (727) 471-0039

*Attorneys for Plaintiff and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCINE EDWARDS, individually and on behalf of all others similarly situated, | Case No. 2:18-CV-01998-APG-PAL |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND** |
| v. | Complaint filed: October 17, 2018 |
| CONN'S, INC. and CONN APPLIANCES, INC. | **ORDER** |

1

Plaintiff Francine Edwards, individually and on behalf of all others similarly situated ("Plaintiff"), by and through her counsel of record, and Defendants Conn's, Inc. and Conn Appliances, Inc. ("Defendants"), by and through their counsel of record, hereby submit this stipulation to extend the time for Plaintiff to respond to Defendants' 12(b)(6) Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted, Motion to Dismiss Non-Nevada Putative Class Members' Claims for Lack of Personal Jurisdiction, and Motion to Strike Failsafe Class Allegations and Impertinent and Immaterial Matter [Dkt. Nos. 28, 29, and 30] ("the Motions") pursuant to LR IA 6-1. Plaintiff filed her Complaint on October 17, 2018. Defendants then filed the Motions on February 25, 2019. Plaintiff's current deadline to respond to all three motions is March 11, 2019. Plaintiff and Defendants stipulate and agree Plaintiff shall have until April 1, 2019 to file her responsive pleadings.

This is Plaintiff's first request for an extension of time to respond to the Motions and it is not intended to cause any delay or prejudice to any party, but rather to allow Plaintiff additional time to evaluate and respond to Defendants Motions.

**IT IS SO STIPULATED.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 11, 2019.

| | | |
|---|---|---|
| 1 | Dated: March 11, 2019. | Respectfully Submitted, |

                                         */s/ Nicholas M. Porras*
Nicholas M. Porras
Nevada Bar No. 12849
nick@porraslegal.com
LAW OFFICES OF NICHOLAS M. PORRAS, P.A.
201 West Liberty Street, Ste. 207
Reno, NV 89501
Tel: (775) 525-9246
Fax: (888) 688-4975

HUGHES ELLZEY, LLP
W. Craft Hughes*
craft@hughesellzey.com
Jarrett L. Ellzey*
jarrett@hughesellzey.com
2700 Post Oak Blvd., Ste. 1120
Houston, TX 77056
Tel: (713) 322-6387

BOSS LAW, PLLC
Christopher W. Boss*
cp@bosslegal.com
9887 4th Street North, Ste. 202
St. Petersburg, FL 33702
Tel: (727) 471-0039

*Pro Hac Vice*

*Attorneys for Plaintiff
and the Putative Class*

Dated: March 11, 2019.            Respectfully Submitted,


                        */s/ Eric J. Troutman*
**Eric J. Troutman***
Squire Patton Boggs (US) LLP
555 So. Flower St., Ste. 3
Los Angeles, CA 90071
213-624-2500
Fax: 213-623-4581
Email: eric.troutman@squirepb.com

**Artin Betpera***
Womble Bond Dickinson (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
714-557-3800
Fax: 714-557-3347
Email: artin.betpera@wbd-us.com

**Jennifer L Braster**
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
702-420-7000
Fax: 702-420-7001
Email: jbraster@naylorandbrasterlaw.com

*Pro Hac Vice*

*Attorneys for Defendants,*
*Conn's Inc. and Conn Appliances, Inc.*

**IT IS SO ORDERED.**

Dated this __ day of March 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3