NICHOLAS M. PORRAS (Nevada Bar No. 12849)
nick@porraslegal.com
LAW OFFICES OF NICHOLAS M. PORRAS, P.A.
201 West Liberty Street, Ste. 207
Reno, NV 89501
Tel: (775) 525-9246
Fax: (888) 688-4975

W. CRAFT HUGHES (*Pro Hac Vice*)
craft@hughesellzey.com
JARRETT L. ELLZEY (*Pro Hac Vice*)
jarrett@hughesellzey.com
HUGHES ELLZEY, LLP
1105 Milford Street
Houston, TX 77006
Tel: (713) 322-6387

CHRISTOPHER W. BOSS (*Pro Hac Vice*)
cp@bosslegal.com
BOSS LAW, PLLC
9887 4th Street North, Ste. 202
St. Petersburg, FL 33702
Tel: (727) 471-0039

*Attorneys for Plaintiff and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCINE EDWARDS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> CONN'S, INC. and CONN APPLIANCES, INC. <br><br> *Defendants*. | Case No. 2:18-CV-01998-APG-PAL <br><br> **SECOND STIPULATION TO EXTEND TIME TO RESPOND** <br><br> Complaint filed: October 17, 2018 |

1

Plaintiff FRANCINE EDWARDS, individually and on behalf of all others similarly situated ("Plaintiff"), by and through her counsel of record, and Defendants CONN'S, INC. and CONN APPLIANCES, INC. ("Defendants"), by and through their counsel of record, hereby submit this agreement and stipulation to extend the time for Plaintiff to respond to [28] Defendants' 12(b)(6) Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted, [29] Motion to Dismiss Non-Nevada Putative Class Members' Claims for Lack of Personal Jurisdiction, and [30] Motion to Strike Failsafe Class Allegations and Impertinent and Immaterial Matter [Doc. No.'s. 28, 29, and 30] ("the Motions") pursuant to LR IA 6-1.

Plaintiff's current deadline to respond to all three motions is next Monday, April 1, 2019. Plaintiff and Defendants stipulate and agree Plaintiff shall have an additional two weeks until April 15, 2019 to file her responses to the three Motions. Two days ago, Defendants also filed a Motion to Stay Discovery which requires Plaintiff to draft and file a response to this additional fourth motion filed by Defendants.

Plaintiff filed her Original Class Action Complaint on October 17, 2018. After reviewing Defendants' three Motions, and having recent conversations with Defendants' counsel, Plaintiff now seeks to amend her complaint to add specific facts and more detailed allegations against Defendants and their agents. However, Plaintiff cannot spend time amending the complaint while also drafting and responding to the three pending Motions to dismiss and fourth Motion to Stay Discovery.

This is Plaintiff's second request for an extension of time to respond to these Motions. It's not intended to cause any delay or prejudice to any party, but rather to allow sufficient time for Plaintiff to draft and file three responses to Defendants' pending Motions to dismiss and a fourth response to Defendants' recent Motion to Stay Discovery.

**IT IS SO STIPULATED.**

Dated: March 28, 2019.

**RESPECTFULLY SUBMITTED & AGREED:**

| /s/ W. Craft Hughes | /s/ Eric J. Troutman |
|---|---|
| W. Craft Hughes* | Eric J. Troutman* |
| craft@hughesellzey.com | eric.troutman@squirepb.com |
| Jarrett L. Ellzey | SQUIRE PATTON BOGGS (US) LLP |
| jarrett@hughesellzey.com | 555 So. Flower St., Ste. 3 |
| HUGHES ELLZEY, LLP | Los Angeles, CA 90071 |
| 1105 Milford Street | Tel: 213-624-2500 |
| Houston, TX 77006 | Fax: 213-623-4581 |
| Tel: (713) 322-6387 | |
| Fax: (888) 995-3335 | Jennifer L Braster |
| | jbraster@naylorandbrasterlaw.com |
| NICHOLAS M. PORRAS, P.A. | NAYLOR & BRASTER |
| Nicholas M. Porras | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 12849 | Las Vegas, NV 89145 |
| nick@porraslegal.com | Tel: 702-420-7000 |
| 201 West Liberty Street, Ste. 207 | Fax: 702-420-7001 |
| Reno, NV 89501 | |
| Tel: (775) 525-9246 | *Pro Hac Vice* |
| Fax: (888) 688-4975 | *Attorneys for Defendants,* |
| | *Conn's Inc. and Conn Appliances, Inc.* |

BOSS LAW, PLLC
Christopher W. Boss*
cp@bosslegal.com
9887 4th Street North, Ste. 202
St. Petersburg, FL 33702
Tel: (727) 471-0039

*Pro Hac Vice*
*Attorneys for Plaintiff*
*and the Putative Class*

**IT IS SO ORDERED.**

Dated this 28th day of March 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2019, a copy of the foregoing document was filed in accordance with the protocols for e-filing in this district, and will be served pursuant to Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE on all counsel of record who have consented to electronic notification *via* CM/ECF:

>Eric J. Troutman*
>eric.troutman@squirepb.com
>SQUIRE PATTON BOGGS (US) LLP
>555 So. Flower St., Ste. 3
>Los Angeles, CA 90071
>Tel: 213-624-2500
>Fax: 213-623-4581
>
>Jennifer L Braster
>jbraster@naylorandbrasterlaw.com
>NAYLOR & BRASTER
>1050 Indigo Drive, Suite 200
>Las Vegas, NV 89145
>Tel: 702-420-7000
>Fax: 702-420-7001
>
>*Attorneys for Defendants,*
>*Conn's Inc. and Conn Appliances, Inc.*

                                              */s/ W. Craft Hughes*
                                              W. Craft Hughes

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 28, 2019, I conferred with Eric J. Troutman and Daniel L. Delnero, attorneys for Defendants, and Defendants are UNOPPOSED to this second motion for extension of time.

                                              */s/ W. Craft Hughes*
                                              W. Craft Hughes