# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS, | Case No.: 2:18-cv-01998-APG-PAL |
| Plaintiff | **Order Setting Schedule for the United States to Decide Whether to Intervene** |
| v. | |
| CONN'S, INC., et al. | |
| Defendants | |

In light of the United States of America's acknowledgement of a constitutional question and request for additional time to consider intervention (ECF No. 42),

IT IS ORDERED that the United States of America shall have until June 28, 2019 to decide whether to intervene in this action.

DATED this 11th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE