Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Attorneys for Defendants
CONN'S, INC. and CONN APPLIANCES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONN'S, INC. and CONN APPLIANCES, INC.,<br><br>Defendants. | Case No. 2:18-cv-01998-APG-BNW<br><br>**STIPULATION TO EXTEND TIME TO OPPOSE MOTION FOR LEAVE TO AMEND (First Request)**<br><br>Complaint filed: October 17, 2018 |

Defendants Conn's, Inc. and Conn Appliances, Inc. (collectively "Defendants"), by and through their counsel of record, and Plaintiff Francine Edwards ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Defendants to oppose Plaintiff's First Motion for Leave to File Amended Class Complaint (ECF No. 56) pursuant to LR IA 6-1.

Plaintiff filed her Motion for Leave to Amend on May 11, 2019. This is the first stipulation related to the amendment of a pleading.

Plaintiff and Defendants now stipulate and agree that Defendants shall have until June 11, 2019 to file their responsive pleading. Defendants' request for an extension of time to oppose the Motion for Leave to Amend is not intended to cause any delay or prejudice to any party, but rather

so the parties may engage in settlement discussions.

**IT IS SO STIPULATED.**

DATED this 23rd day of May 2019.  NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants*
*CONN'S, INC. and CONN APPLIANCES, INC.*

DATED this 23rd day of May 2019.  LAW OFFICES OF NICHOLAS M.PORRAS, P.A.

By: */s/ W. Craft Hughes*
Nicholas M. Porras (NBN 12849)
nick@porraslegal.com
201 West Liberty Street, Ste. 207
Reno, NV 89501

HUGHES ELLZEY, LLP

W. Craft Hughes
Jarrett L. Ellzey
2700 Post Oak Blvd., Ste. 1120
Houston, TX 77056

BOSS LAW, PLLC

Christopher W. Boss
9887 4th Street North, Ste. 202
St. Petersburg, FL 33702

*Attorneys for Plaintiff Francine Edwards and the Putative Class*

**IT IS SO ORDERED.**

Dated this 29th day of May 2019.

UNITED STATES MAGISTRATE JUDGE