NICHOLAS M. PORRAS (Nevada Bar No. 12849)
nick@porraslegal.com
LAW OFFICES OF NICHOLAS M. PORRAS, P.A.
201 West Liberty Street, Ste. 207
Reno, NV 89501
Tel: (775) 525-9246
Fax: (888) 688-4975

W. CRAFT HUGHES (*Pro Hac Vice*)
craft@hughesellzey.com
HUGHES ELLZEY, LLP
1105 Milford Street
Houston, TX 77006
Tel: (713) 322-6387

*Attorneys for Plaintiff and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>CONN'S, INC. and CONN APPLIANCES, INC.<br><br>    *Defendants*. | Case No.  2:18-CV-01998-APG-PAL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND**<br><br>Complaint filed: October 17, 2018 |

Plaintiff Francine Edwards, individually and on behalf of all others similarly situated ("Plaintiff"), by and through her counsel of record, and Defendants Conn's, Inc. and Conn Appliances, Inc. ("Defendants"), by and through their counsel of record, hereby submit this stipulation to extend the time for Plaintiff to respond to [61] Defendants' Opposition to Plaintiff's Motion for Leave to File Amended

1

Complaint and [62] Defendants' Motion for Sanctions ("the Motions") pursuant to LR IA 6-1.

Plaintiff filed her Motion for Leave to File Amended Complaint [56] on May 11, 2019. On June 11, 2019, Defendants filed their Motions.  A majority of the allegations in Defendants' motion for sanctions is related to the conduct of Plaintiff's lead counsel, W. Craft Hughes.  Mr. Hughes desires to personally draft responsive briefs since he dealt directly with defense counsel; however, Mr. Hughes departed for a three-week vacation to Europe on June 13, 2019.  Mr. Hughes intends to address the Motions immediately upon his return.

Plaintiff's current deadline to file a reply to Defendants' Opposition [61] is June 18, 2019. Plaintiff's current deadline to respond to Defendants' Motion for Sanctions [62] is June 25, 2019.  Plaintiff and Defendants stipulate and agree Plaintiff shall have an additional three weeks from the sanctions motion response deadline until July 16, 2019 to file her reply/response to the Motions (both).

This is Plaintiff's first request for an extension of time to respond to the Motions, and it is not intended to cause any delay or prejudice to any party, but rather to allow Plaintiff additional time to file an adequate reply to Defendants' Opposition to Plaintiff's Motion for Leave and response to Defendants' Motion for Sanctions.

**IT IS SO STIPULATED.**

Dated: June 13, 2019.                    Respectfully Submitted,


                                         _____/s/ W. Craft Hughes_____
                                         W. Craft Hughes*
                                         craft@hughesellzey.com
                                         HUGHES ELLZEY, LLP
                                         1105 Milford Street
                                         Houston, TX 77006
                                         Tel: (713) 322-6387
                                         Fax: (888) 995-3335

                                         LAW FIRM OF NICHOLAS M. PORRAS, P.A.
                                         Nicholas M. Porras
                                         Nevada Bar No. 12849
                                         nick@porraslegal.com
                                         201 West Liberty Street, Ste. 207
                                         Reno, NV 89501
                                         Tel: (775) 525-9246
                                         Fax: (888) 688-4975

                                         *Pro Hac Vice

                                         Attorneys for Plaintiff
                                         and the Putative Class

Dated: June 13, 2019.

Respectfully Submitted,

_____/s/ Eric J. Troutman_____
**Eric J. Troutman***
Squire Patton Boggs (US) LLP
555 So. Flower St., Ste. 3
Los Angeles, CA 90071
213-624-2500
Fax: 213-623-4581
Email: eric.troutman@squirepb.com

**Jennifer L Braster**
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
702-420-7000
Fax: 702-420-7001
Email: jbraster@naylorandbrasterlaw.com

*Pro Hac Vice*

*Attorneys for Defendants,*
*Conn's Inc. and Conn Appliances, Inc.*

**IT IS SO ORDERED.**

Dated this 20th day of June 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3

1

## CERTIFICATE OF SERVICE

2          I certify that on June 13, 2019, a copy of the foregoing document was filed in

3    accordance with the protocols for e-filing in this district, and will be served pursuant

4    to Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE on all counsel of record who

5    have consented to electronic notification *via* CM/ECF:

6
     **Eric J. Troutman**
7    Squire Patton Boggs (US) LLP
     555 So. Flower St., Ste. 3
8    Los Angeles, CA 90071
     213-624-2500
9    Fax: 213-623-4581
     Email: eric.troutman@squirepb.com
10   *LEAD ATTORNEY*
     *PRO HAC VICE*
11   *ATTORNEY TO BE NOTICED*

12
     **Jennifer L Braster**
13   Naylor & Braster

14   1050 Indigo Drive, Suite 200
     Las Vegas, NV 89145
15   702-420-7000
     Fax: 702-420-7001
16   Email: jbraster@naylorandbrasterlaw.com
     *ATTORNEY TO BE NOTICED*
17

18   *Attorneys for Defendants,*
     *Conn's Inc. and Conn Appliances, Inc.*
19

20

21

22                                          _____/s/ W. Craft Hughes_____
23                                          W. Craft Hughes

24

25

26

27

28

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on June 12, 2019, I conferred with Eric J. Troutman, attorney for Defendants, and Defendants are UNOPPOSED to this motion for extension of time.

*/s/ W. Craft Hughes*

W. Craft Hughes