# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS,<br><br>  Plaintiff<br><br>v.<br><br>CONN APPLIANCES, INC., et al.,<br><br>  Defendants | Case No.: 2:18-cv-01998-APG-BNW<br><br>**Order Denying Motions to Dismiss and Motion to Strike as Moot**<br><br>[ECF Nos. 84, 85, 86] |

In light of the amended complaint (ECF No. 87),

IT IS ORDERED that the defendants' motions to dismiss and to strike **(ECF Nos. 84, 85, 86) are DENIED** as moot because they are directed at the original complaint.

DATED this 15th day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE