Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Eric J. Troutman (*Pro Hac Vice*)
Squire Patton Boggs (US) LLP
555 So. Flower Street, Suite 3100
Los Angeles, CA 90071
T: (213) 624-2500
F: (213) 623-4581
eric.troutman@squirepb.com

Brian M. Gillett (*Pro Hac Vice*)
Squire Patton Boggs (US) LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
T: (214) 758-1500
F: (214) 758-1550
brian.gillett@squirepb.com

Attorneys for Defendants
CONN'S, INC. and CONN APPLIANCES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCINE EDWARDS, individually and on behalf of all and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONN'S, INC. and CONN APPLIANCES, INC.,<br><br>Defendants. | Case No. 2:18-cv-01998-APG-BNW<br><br>**STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT (First Request)** |

Defendants Conn's, Inc. and Conn Appliances, Inc. (collectively "Defendants"), by and through their counsel of record, and Plaintiff Francine Edwards ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Defendants to respond to Plaintiff's First Amended Complaint (ECF No. 87) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on October 17, 2018. Defendants subsequently moved to dismiss her Complaint and on September 27, 2019, the Court granted Plaintiff's motion for leave to amend her complaint and denied Defendants' motions to dismiss as moot. (ECF No. 83). On October 11, 2019, Plaintiff filed her First Amended Complaint. (ECF No. 87). The parties stipulate that Defendants shall have a two-week extension to respond to the First Amended Complaint, making Defendants' responsive pleading due November 8, 2019.

///

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

This is Defendants' first request for an extension of time to respond to the First Amended Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Defendants additional time to evaluate and respond to Plaintiff's amended claims.

**IT IS SO STIPULATED.**

DATED this 24th day of October 2019.

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

Eric J. Troutman (Pro Hac Vice)
Squire Patton Boggs (US) LLP
555 So. Flower Street, Suite 3100
Los Angeles, CA 90071

Brian M. Gillett (Pro Hac Vice)
Squire Patton Boggs (US) LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201

*Attorneys for Defendants*
*CONN'S, INC. and CONN APPLIANCES, INC.*

DATED this 24th day of October 2019.

HUGHES ELLZEY, LLP

By: */s/ W. Craft Hughes*
W. Craft Hughes (admitted *pro hac vice*)
1105 Milford St.
Houston, TX 77006

Nicholas M. Porras (NBN 12849)
LAW OFFICES OF NICHOLAS M. PORRAS
nick@porraslegal.com
201 West Liberty Street, Ste. 207
Reno, NV 89501
*Attorneys for Plaintiff Francine Edwards*

**IT IS SO ORDERED.**

Dated this 25th day of October 2019.

_____
UNITED STATES MAGISTRATE JUDGE