NICHOLAS M. PORRAS (Nevada Bar No. 12849)
nick@porraslegal.com
LAW OFFICES OF NICHOLAS M. PORRAS, P.A.
201 West Liberty Street, Ste. 207
Reno, NV 89501
Tel: (775) 525-9246
Fax: (888) 688-4975

W. CRAFT HUGHES (*Pro Hac Vice*)
craft@hughesellzey.com
HUGHES ELLZEY, LLP
1105 Milford Street
Houston, TX 77006
Tel: (713) 322-6387

*Attorneys for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> CONN'S, INC. and CONN APPLIANCES, INC. <br><br> *Defendants*. | Case No. 2:18-CV-01998-APG-BNW <br><br> **STIPULATION TO EXTEND TIME TO RESPOND** <br><br> Complaint filed: October 17, 2018 <br><br><br> **ORDER** |

Plaintiff Francine Edwards, individually and on behalf of all others similarly situated ("Plaintiff"), by and through her counsel of record, and Defendants Conn's, Inc. and Conn Appliances, Inc. ("Defendants"), by and through their counsel of record, hereby submit this stipulation to extend the time for Plaintiff to respond to [93] and [94] Defendants' Motion to Dismiss the First Amended Class Action

1

Complaint or to Compel Arbitration and Memorandum of Points and Authorities in Support and to extend time for Defendants to file their Replies in Support of [93] and [94] Defendants' Motion to Dismiss the First Amended Class Action Complaint or to Compel Arbitration and [95] Defendants' Motion to Strike Class Allegations ("the Motions") pursuant to LR IA 6-1.

Defendants filed their Motion to Dismiss the First Amended Class Action Complaint or to Compel Arbitration [93] and [94] on November 8, 2019. Plaintiff's deadline to file a reply to Defendants' Motion to Dismiss or Compel Arbitration [93] and [94] was November 22, 2019. Although Plaintiff attempted to file her Response to Defendants' Motion to Dismiss or Compel Arbitration on the due date, due to a clerical error the wrong response document was attached. The error notification by the clerk was not received until after Plaintiff's office was closed. Plaintiff and Defendants stipulate and agree Plaintiff's failure to file the correct attachment was as a result of excusable neglect and therefore, Plaintiff may file her Response to Defendants' Motion to Dismiss or Compel Arbitration on November 25, 2019.

Defendants' Reply in Support of their Motion to Dismiss the First Amended Class Action Complaint or to Compel Arbitration [93] and [94] and Motion to Strike Class Allegations [95] would be due on November 29, 2019. As a result of Plaintiff's extension of time to file Plaintiff's response to Dismiss the First Amended Class Action Complaint or to Compel Arbitration [93] and [94], as well as the Thanksgiving holidays, Defendants request additional time to file their replies in support of the Motions. Plaintiff and Defendants stipulate and agree Defendants may file their Replies in support of the Motions [93], [94] and [95] on or before December 13, 2019.

This is the parties' first request for an extension of time to respond to the Motions, and it is not intended to cause any delay or prejudice to any party, but rather to allow Plaintiff to correct her clerical issue and file the correct response to Defendants' Motion to Dismiss the First Amended Class Action Complaint or to

Compel Arbitration [93] and [94] and to allow Defendants additional time, given the Plaintiff's delayed response and the upcoming Thanksgiving holidays, to adequately brief and file their Replies in Support of the Motions.

**IT IS SO STIPULATED.**

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 25, 2019.

| | | |
|---|---|---|
| 1 | Dated: November 25, 2019. | Respectfully Submitted, |
| 2 | | |
| 3 | |    */s/ W. Craft Hughes* |
| 4 | | W. Craft Hughes* |
| | | craft@hughesellzey.com |
| 5 | | HUGHES ELLZEY, LLP |
| 6 | | 1105 Milford Street |
| | | Houston, TX 77006 |
| 7 | | Tel: (713) 322-6387 |
| 8 | | Fax: (888) 995-3335 |
| 9 | | LAW FIRM OF NICHOLAS M. PORRAS, P.A. |
| 10 | | Nicholas M. Porras |
| 11 | | Nevada Bar No. 12849 |
| 12 | | nick@porraslegal.com |
| | | 201 West Liberty Street, Ste. 207 |
| 13 | | Reno, NV 89501 |
| 14 | | Tel: (775) 525-9246 |
| | | Fax: (888) 688-4975 |
| 15 | | |
| 16 | | *Pro Hac Vice |
| 17 | | *Attorneys for Plaintiff* |
| 18 | | *and the Putative Class* |

| | | |
|---|---|---|
| 1 | Dated: November 25, 2019. | Respectfully Submitted, |

                                     _/s/ Brian Gillett_

**Eric J. Troutman***
Squire Patton Boggs (US) LLP
555 So. Flower St., Ste. 3
Los Angeles, CA 90071
213-624-2500
Fax: 213-623-4581
Email: eric.troutman@squirepb.com

**Brian Gillett***
Squire Patton Boggs (US) LLP
2000 McKinney Ave., Ste. 1700
Dallas, TX 75201
214-458-1500
Fax: 214-758-1550
Email: brian.gillett@squirepb.com

**Jennifer L Braster**
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
702-420-7000
Fax: 702-420-7001
Email: jbraster@naylorandbrasterlaw.com

*Pro Hac Vice*

*Attorneys for Defendants,*
*Conn's Inc. and Conn Appliances, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 25, 2019, I, Leigh S. Montgomery, an associate attorney with authority from W. Craft Hughes and Plaintiff, conferred with Brian Gillett, attorney for Defendants, and Defendants are UNOPPOSED to this stipulation for extension of time.

                                                           */s/ Leigh S. Montgomery*
                                                           Leigh S. Montgomery