**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Francine Edwards, et al.,<br><br>                  Plaintiff,<br><br>    v.<br><br>Conn's Inc. and Conn Appliances, Inc.,<br><br>                  Defendants. | Case No. 2:18-cv-1998-APG-BNW<br><br>**ORDER DENYING PETITIONS TO PRACTICE IN THIS CASE ONLY**<br><br>(ECF. Nos. 107, 108) |

      Leigh S. Montgomery and Jarrett L. Ellzey filed petitions to practice in this case only. ECF Nos. 107, 108. Those petitions do not comply with this court's Local Rules. Local Rule IA 11-2(d) states that "an attorney who is granted permission to practice under this rule must associate a resident member of the bar of this court as co-counsel." The resident counsel designated in the applications lists a California address and therefore is not a resident member of the Nevada bar. The petitions also do not comply with Local Rule 1A 11-2(b)(3) because they fail to attach Certificates of Good Standing from the lawyers' respective home bars. Therefore, the petitions **(ECF No. 107, 108) are denied without prejudice**.

      Dated: December 13, 2019.

                                 _____

                                 ANDREW P. GORDON<br>                                 UNITED STATES DISTRICT JUDGE