# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRANCINE EDWARDS,

     Plaintiff

v.

CONN APPLIANCES, INC., et al.,

     Defendants

Case No.: 2:18-cv-01998-APG-BNW

**Order Accepting Report and Recommendation**

[ECF No. 159]

On September 30, 2020, Magistrate Judge Weksler granted in part plaintiff Francine Edwards' motion to amend to the extent Edwards withdrew her claim under 47 U.S.C. § 227(c)(5).  Judge Weksler recommended that I deny Edwards' motion to amend to add a claim under the Nevada Deceptive Trade Practices Act. ECF No. 159.

Edwards did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 159) is accepted**.  Plaintiff Francine Edwards' motion to amend **(ECF No. 133) is granted in part and denied in part** as set forth in Judge Weksler's report and recommendation.

DATED this 15th day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE