MICHAEL R. DUFOUR (Nevada Bar 13480)
mrd@dufourlawfirm.com
DUFOUR LAW, P.C.
1810 EAST SAHARA AVE., SUITE 589
LAS VEGAS, NV 89104
TELEPHONE: (702) 483-8015
FAX: (702) 825-0913

W. CRAFT HUGHES (*Pro Hac Vice*)
craft@hughesellzey.com
JARRETT L. ELLZEY *(Pro Hac Vice)*
jarrett@hughesellzey.com
LEIGH S. MONTGOMERY *(Pro Hac Vice)*
leigh@hughesellzey.com
HUGHES ELLZEY, LLP
1105 Milford Street
Houston, TX 77006
Tel: (713) 322-6387
Fax: (888) 995-3335

*Attorneys for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCINE EDWARDS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>CONN'S, INC. and CONN APPLIANCES, INC. *d/b/a* CONN'S HOME PLUS,<br><br>    *Defendants*. | Case No. 2:18-cv-01998-APG-BNW<br><br>**ORDER GRANTING STIPUATION OF DISMISAL WITH PREJUDICE** |

**[PROPOSED ORDER]**

1

On this day, the Court considered the Stipulation of Dismissal with Prejudice. Each party shall bear its own attorney's fees and costs.

IT IS HEREBY ORDERED that the Stipulation of Dismissal be GRANTED.

SIGNED on this <u>22</u> day of <u>January</u>, 2021.

_____
UNITED STATES DISTRICT JUDGE

**[PROPOSED ORDER]**